

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Everett Henry Aker, Jr., Appellant

No. 06-25-00097-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 31159). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to show that appellant was convicted of possession of a Penalty Group 1 controlled substance. As modified, we affirm the judgment of the trial court.

We note that the appellant, Everett Henry Aker, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED DECEMBER 23, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk